FELICE JOHN VITI, Acting United States Attorney (#7007)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 2:25-mj-00316 JCB |
| Plaintiff, | : | |
| vs. | : | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| JOHN REICH RATLIFF, | : | |
| Defendant. | : | |
| | : | |

_____

The United States Attorney for the District of Utah respectfully shows this Honorable Court that the above named defendant, now being confined in the Salt Lake County Jail (ADC), under the authority of the State of Utah, is to appear in United States District Court for the District of Utah before the Honorable Magistrate Judge Dustin Pead on the 1st day of April 2025, at 11:00 a.m., in-person appearance on the charges of Passport fraud arising out of the Central District of California and appearing on a Rule 5

hearing and it is necessary that the defendant be present in person on said date, during proceedings, appearances, and final disposition of the case; NOW, THEREFORE, your petitioner respectfully prays that this Honorable Court do forthwith order a Writ of Habeas Corpus Ad Prosequendum to issue from this Court to the Federal Bureau of Investigation, United States Marshal for the District of Utah, or any other United States Marshal, or Agent thereof, requiring him to serve said Writ on the Warden, or Superintendent, or custodian of any place or institution where the said defendant is confined, and requiring said agent, to produce said defendant before the Court on the above stated date for proceedings and appearances upon the charge aforesaid, and to hold the defendant at all times in his custody as an agent of the United States of America until final disposition of the case, thereafter to return the defendant to the institution wherein now confined.

DATED this 28th day of March 2025.

FELICE JOHN VITI
United States Attorney

*/s/ Carlos A. Esqueda*
CARLOS A. ESQUEDA
Assistant United States Attorney

Case 2:25-mj-00316-JCB    Document 4    Filed 03/28/25    PageID.18    Page 3 of 3